UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
CHADWICK MCQUEEN and THE TERRY          :     Judge Swain
MCQUEEN TESTAMENTARY TRUST,
                                        :     Case No.: 08 CV 3019
                        Plaintiffs
                                        :
            vs.                               DEMAND FOR JURY TRIAL
                                        :
CLOTHING COMPANY S.P.A., BELSTAFF USA
CORP., and BELSTAFF INTERNATIONAL LTD., :

                        Defendants.     :
---------------------------------------- x


## PLAINTIFFS CHADWICK MCQUEEN and THE TERRY MCQUEEN TESTAMENTARY TRUST DISCLOSURES PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Chadwick McQueen and The Terry McQueen Testamentary Trust certifies the following:

Rule 7.1 does not apply to Plaintiffs Chadwick McQueen and The Terry McQueen Testamentary Trust, as neither is a nongovernmental corporate party.

DATED:     New York, New York
           March 25, 2008

                                    QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP

                            By:     _____
                                    Robert L. Raskopf
                                    Todd Anten
                                    robertraskopf@quinnemanuel.com
                                    toddanten@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

ATTORNEYS FOR PLAINTIFFS
CHADWICK MCQUEEN AND THE TERRY
MCQUEEN TESTAMENTARY TRUST