


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHADWICK MCQUEEN and THE TERRY MCQUEEN TESTAMENTARY TRUST,
Plaintiff,

-V-

CLOTHING COMPANY S.P.A., BELSTAFF USA CORP., and BELSTAFF INTERNATIONAL LTD.

Defendants.

**CERTIFICATE OF MAILING**

08 CV 3019 (LTS)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**28th day of March, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**25th day of March, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**<u>7910 3131 2233</u>**



CLERK

Dated: New York, NY



ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

CHADWICK MCQUEEN and THE TERRY MCQUEEN TESTAMENTARY TRUST,

Plaintiffs

V.

CLOTHING COMPANY S.P.A., BELSTAFF USA CORP., and BELSTAFF INTERNATIONAL LTD.

Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 3019

JUDGE SWAIN

TO: (name and address of Defendant)

Clothing Company S.p.A.
via Bonisiolo 15
Zerman di Mogliano Veneto (TV)
31020, Italy

Belstaff USA Corp.
C/O Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Belstaff International Ltd.
via Bonisiolo 15
Zerman di Mogliano Veneto (TV)
31020, Italy

**YOU ARE HEREBY SUMMONED** as required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Raskopf, Esq.
Todd Anten, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue. 22nd Floor
New York, New York 10010



AO 440 (Rev. 8/01) Summons in a Civil Action

an answer to the complaint which is served on your with this summons, with TWENTY days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON — MAR 2 5 2008

CLERK — DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted

☐ Other (specify)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



AO 440 (Rev. 8/01) Summons in a Civil Action

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct

Executed on ____________________ ____________________
Date Signature of Server

____________________
Address of Server



OFFICE COPY

JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 3019

CHADWICK MCQUEEN and THE TERRY MCQUEEN TESTAMENTARY TRUST,

Plaintiffs,

vs.

CLOTHING COMPANY S.P.A., BELSTAFF USA CORP., and BELSTAFF INTERNATIONAL LTD.,

Defendants.

Case No.: ______________

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

MAR 25 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiffs Chadwick McQueen and The Terry McQueen Testamentary Trust (collectively, the "McQueen Heirs" or "Plaintiffs"), by their attorneys Quinn Emanuel Urquhart Oliver & Hedges, LLP, as and for their Complaint against defendants Clothing Company S.p.A., Belstaff USA Corp., and Belstaff International Ltd. (collectively, "Belstaff" or "Defendants"), allege as follows:

## PRELIMINARY STATEMENT

1. This action arises from Defendants' willful and brazen unauthorized use of the name, image, signature, and likeness of legendary actor and icon Steve McQueen, thereby jeopardizing the goodwill and value that the true owners of Steve McQueen's publicity and trademark rights—his heirs—have developed and protected through enormous effort since his untimely death in 1980. On behalf of Steve McQueen's heirs, Plaintiffs seek damages, injunctive relief, and other relief for false representation, false designation of origin, trademark infringement, unfair competition, false advertising, and infringement of the right of publicity knowingly and willfully committed by Defendants in violation of the laws of the United States and various states including the States of California and New York.





From: Origin ID: NBPA (212) 849-7000
Todd Anten
Quinn Emanuel Trial Lawyers
51 Madison Ave 22nd FLR

New York, NY 10010
UNITED STATES

FedEx Express

E

CLS1207/21/24

Ship Date: 27MAR08
ActWgt: 0.5 LB
System#: 7756693/WBUS0200
Account#: S *********

REF: 01996.61179-01604
DESC-1: Summons and complaint.
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: .00 USD
CUSTOMS VALUE: USD
T/C: S 364962304 D/T: S
SIGN: Todd Anten
EIN/VAT:

SHIP TO: 390415972311 BILL SENDER
**Belstaff International Ltd.**
**Belstaff International Ltd.**
**via Bonisiolo 15**

**Zerman di Mogliano V, 31020**
IT

TRK# 0430 7910 3131 2233 **INTL PRIORITY** **PM**

**31020**
**-IT**
**MXP**

**Z5 TSFA**

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.




FedEx®

*package id*
0009285
*ship date*
Thu, Mar 27
*to*
Belstaff International Ltd.
Belstaff International Ltd.
via Bonisiolo 15
Zerman di Mogliano
Veneto TV , 31020 IT
390415972311
*residential address*
No
*return label*
No

*notification type*
Label Creation
Delivery
*notification recipients*
toddanten@quinnemanu...
michaellevick@quinne...

*from*
Todd Anten (01604)
Quinn Emanuel Trial Lawyers
51 Madison Ave 22nd FLR
New York , NY 10010 US

*billing*
Corbis.McQueen Estate (01996.61179)
*operator*
Michael Levick
2128497134
michaellevick@quinnemanuel.com
*create time*
03/27/08, 2:47PM

*vendor*
FedEx
*tracking number*
791031312233
*service*
FedEx International Priority
*packaging*
FedEx Envelope
*signature*
Direct signature - at address

*contents*
Documents
Summons and complaint.
*courtesy quote*
27.79
*The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.*

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2008 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.





# Commercial Invoice

| date of export<br>03/27/08 | export reference |
|---|---|
| **shipper/exporter**<br>Todd Anten (01604)<br>Quinn Emanuel Trial Lawyers<br>51 Madison Ave 22nd FLR<br>New York , NY 10010 US | **consignee**<br>Belstaff International Ltd.<br>Belstaff International Ltd.<br>via Bonisiolo 15<br>Zerman di Mogliano Veneto TV , 31020 IT<br>390415972311 |
| **country of export**<br>US | **buyer other than consignee** |
| **country of ultimate destination** | |
| **exporting carrier**<br>FedEx | |
| **waybill**<br>791031312233 | **currency of sale**<br>USD |

| marks and numbers | number of packages | total gross weight | cubic volume |
|---|---|---|---|
| | 1 | | |

| description (country of manufacture) | quantity | unit price | total amount |
|---|---|---|---|
| Documents -- Summons and complaint. | | | 0 USD |

I declare that all the information contained in this invoice is true and correct.

Signed [signature]

Date 03/28/08

| | |
|---|---|
| Items total | 0.00 |
| Packing costs | |
| Freight costs | 27.79 |
| Transportation costs | |
| Handling | |
| Insurance costs | |
| Assists | |
| Additionalfees | |
| Duties and taxes | |
| Total invoice total | |