UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
CHADWICK MCQUEEN and THE TERRY      :
MCQUEEN TESTAMENTARY TRUST,
                                    :  Case No.: 1:08-cv-3019
                  Plaintiffs,
                                    :
      vs.
                                    :
CLOTHING COMPANY S.P.A., BELSTAFF USA
CORP., and BELSTAFF INTERNATIONAL LTD., :

                  Defendants.       :
---------------------------------- x

### DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs Chadwick McQueen and The Terry McQueen Testamentary Trust hereby demand a jury trial on all issues triable to a jury.

DATED:    New York, New York
          April 1, 2008

                                    QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP

                                    By: _____
                                         Robert L. Raskopf (RR-5022)
                                         Todd Anten (TA-9989)

                                    51 Madison Avenue, 22nd Floor
                                    New York, New York 10010
                                    Tel: (212) 849-7000
                                    Fax: (212) 849-7100
                                    toddanten@quinnemanuel.com
                                    robertraskopf@quinnemanuel.com

                                    ATTORNEYS FOR PLAINTIFFS
                                      CHADWICK MCQUEEN AND THE TERRY
                                      MCQUEEN TESTAMENTARY TRUST