**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100



WRITER'S DIRECT DIAL NO.
(212) 849-7185

WRITER'S INTERNET ADDRESS
robertraskopf@quinnemanuel.com

April 9, 2008

**MEMO ENDORSED**

<u>VIA HAND DELIVERY</u>

Judge Laura Taylor Swain
United States District Court
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007



Re:   *Chadwick McQueen, et al. v. Clothing Company S.p.A., et al.*, Case No. 08 Civ. 3019
      <u>Request for Amended Initial Conference Order</u>

Dear Judge Swain:

This firm represents Plaintiffs Chadwick McQueen and The Terry McQueen Testamentary Trust ("Plaintiffs") in <u>Chadwick McQueen, et al. v. Clothing Company S.p.A., et al.</u>, No. 08 Civ. 3019 (LTS)(RLE) (the "Action"). We write in reference to Your Honor's Initial Conference Order, dated April 1, 2008 and filed on April 2, 2008 (the "Order"), which contains an order "that counsel for plaintiff(s) shall serve a copy of this Initial Conference Order on each defendant within ten (10) calendar days following the date of this order . . . ." Order at ¶ 2.

There are three named defendants in the Action:  (1) Belstaff USA Corp., (2) Clothing Company S.p.A., and (3) Belstaff International Ltd. (collectively, "Defendants"). Defendants have each been served with a summons and complaint,[1] but have yet to appear before the Court, and we are not aware of any counsel representing Defendants, individually or collectively.

---

[1]   Belstaff USA Corp. was served with a summons and complaint on March 26, 2008 through its registered service agent in Delaware; Clothing Company S.p.A. and Belstaff International Ltd. were each served with a summons and complaint on March 31, 2008 pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii).

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

61179/2463593.1

Pursuant to the Order, we served Belstaff USA Corp. with a copy of the Order through its registered service agent in Delaware on April 4, 2008. However, we are having difficulty serving a copy of the Order upon Clothing Company S.p.A. and Belstaff International Ltd. (the "Italian Defendants"), both of which are located in Italy. Because the Italian Defendants have not yet made an appearance before the Court, our only alternative for serving a copy of the Order would be to undertake service under the Hague Convention, which will require more than the ten days provided by Your Honor to effectuate service. In addition, translating the Order and effectuating service under the Hague Convention will have significant costs for our clients. Finally, the Italian Defendants are scheduled to serve an answer by Monday, April 21, 2008, at which point we anticipate that counsel for the Italian Defendants will file a notice of appearance with the Court, allowing for cost-effective service of court documents.[2]

Therefore, to ease the burden, speed, and cost of serving the Order under the Hague Convention, we respectfully request that Your Honor amend the Order to permit Plaintiffs' counsel to serve a copy of the Order upon the Italian Defendants within five (5) days after the Italian Defendants file a notice of appearance before the Court in this Action.

Respectfully submitted,

Robert L. Raskopf

*The request is granted.*

SO ORDERED.

4/10/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[2] Because the Italian Defendants were served with a complaint and summons on March 31, 2008, the Italian Defendants must serve an answer within 20 days of service—April 21, 2008—pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii) and 6(a)(3).