UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

CHADWICK MCQUEEN AND THE TERRY : 08 Civ. 3019 (LTS)(RLE)
MCQUEEN TESTAMENTARY TRUST,    :
                               : RULE 7.1 STATEMENT
           Plaintiffs,         :
                               :
        - against -            :
                               :
CLOTHING COMPANY S.P.A., BELSTAFF USA :
CORP. AND BELSTAFF INTERNATIONAL :
LTD.                           :
                               :
           Defendants.         :
                               :
------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant BELSTAFF USA CORP. ("Belstaff") hereby states, through the undersigned counsel of record, that Belstaff's parent company is CLOTHING COMPANY S.P.A. and that no publicly held corporation owns 10% or more of its stock.

Dated:    New York, New York
          April 15, 2008

                                        PAVIA & HARCOURT LLP

                                        By: _____
                                            Adam D. Mitzner (AM-8325)
                                            Jonathan A. Selva (JS-2006)

                                        600 Madison Avenue, 12th Floor
                                        New York, New York 10022
                                        Tel: (212) 980-3500
                                        Fax: (212) 980-9515
                                        amitzner@pavialaw.com
                                        jselva@pavialaw.com

                                        Attorneys for Defendant
                                        BELSTAFF USA CORP

P&H - 548098.1 :14811/100