UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

CHADWICK MCQUEEN AND THE TERRY : 08 Civ. 3019 (LTS)(RLE)
MCQUEEN TESTAMENTARY TRUST,
: NOTICE OF APPEARANCE
        Plaintiffs,

    - against -

CLOTHING COMPANY S.P.A., BELSTAFF USA
CORP. AND BELSTAFF INTERNATIONAL
LTD.

        Defendants.

----------------------------------------x

    Please take notice that Adam D. Mitzner, of the law firm Pavia & Harcourt LLP, hereby appears as counsel to defendant Belstaff USA Corp., and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: New York, New York
       April 16, 2008

                                    PAVIA & HARCOURT LLP

                                    By: _____
                                        Adam D. Mitzner (AM-8325)
                                   600 Madison Avenue, 12th Floor
                                   New York, New York 10022
                                   Tel: (212) 980-3500
                                   Fax: (212) 980-9515
                                   amitzner@pavialaw.com

                                   Attorney for Defendant
                                   BELSTAFF USA CORP