UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| CHADWICK MCQUEEN AND THE TERRY MCQUEEN TESTAMENTARY TRUST , <br><br> Plaintiffs, <br><br> - against - <br><br> CLOTHING COMPANY S.P.A., BELSTAFF USA CORP. AND BELSTAFF INTERNATIONAL LTD. <br><br> Defendants. | 08 Civ. 3019 (LTS)(RLE) <br><br> RULE 7.1 STATEMENT <br><br> ELECTRONICALLY FILED |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, BELSTAFF INTERNATIONAL LTD. ("BIL") hereby states, through the undersigned counsel of record, that BIL's parent company is CLOTHING COMPANY S.P.A. and that no publicly held corporation owns 10% or more of its stock.

Dated:   New York, New York
         May 15, 2008

PAVIA & HARCOURT LLP

By: /s/ Jonathan A. Selva
    Adam D. Mitzner (AM-8325)
    Jonathan A. Selva (JS-2006)

600 Madison Avenue, 12th Floor
New York, New York 10022
Tel: (212) 980-3500
Fax: (212) 980-9515
amitzner@pavialaw.com
jselva@pavialaw.com

Attorneys for
BELSTAFF INTERNATIONAL LTD.

**CERTIFICATE OF SERVICE**

I, Jonathan A. Selva, hereby certify that on May 15, 2008, I electronically filed the foregoing: *Rule 7.1 Statement of Clothing Company S.p.A.*; *Answer of Clothing Company S.p.A.*; *Rule 7.1. Statement of Belstaff International, Ltd.*; *Notice of Motion and Motion of Belstaff International, Ltd. to Dismiss for Lack of Personal Jurisdiction (FRCP 12(b)(2))*; *Declaration of Franco Malenotti in Support of Belstaff International, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction (FRCP 12(b)(2))*; and, *Belstaff International, Ltd.'s Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction* with the Clerk of the Court using CM/ECF.  I also certify that the foregoing documents are being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

Robert L. Raskopf, Esq.
Quinn Emmanel Urquhart Oliver & Hedges, LLP
51 Madison Avenue 22nd Floor
New York, New York 10010
robertraskopf@quinnemanuel.com

Todd Anten, Esq.
Quinn Emmanel Urquhart Oliver & Hedges, LLP
51 Madison Avenue 22nd Floor
New York, New York 10010
toddanten@quinnemanuel.com

Dated:      New York, New York
            May 15, 2008

/s/ Jonathan A. Selva
Jonathan A. Selva (JS-2006)

PAVIA & HARCOURT LLP
600 Madison Avenue, 12th Floor
New York, New York 10022
Tel: (212) 980-3500
Fax: (212) 980-9515
amitzner@pavialaw.com
jselva@pavialaw.com

Attorneys for
CLOTHING COMPANY S.P.A.
BELSTAFF USA CORP. and
BELSTAFF INTERNATIONAL LTD.