UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CHADWICK MCQUEEN AND THE TERRY MCQUEEN TESTAMENTARY TRUST,<br><br>                            Plaintiffs,<br><br>-against-<br><br>CLOTHING COMPANY S.P.A., BELSTAFF USA CORP. AND BELSTAFF INTERNATIONAL LTD.<br>                            Defendants. | 08 CV 3019 (LTS)(RLE)<br><br>**BELSTAFF INTERNATIONAL LTD.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (FRCP 12(b)(2))**<br><br>**ELECTRONICALLY FILED** |

## NOTICE OF MOTION AND MOTION

TO PLAINTIFFS CHADWICK MCQUEEN AND THE TERRY MCQUEEN TESTAMENTARY TRUST AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant BELSTAFF INTERNATIONAL LTD. ("BIL"), for itself and no other defendant, hereby moves the Court under Federal Rule of Civil Procedure 12(b)(2) to dismiss the action in its entirety as against BIL for lack of personal jurisdiction. BIL does not engage in business in the United States, does not have any offices or employees here, has no assets in the country, and sells no products in the United States. BIL thus lacks minimum contacts with this state for purposes of either general or specific personal jurisdiction.

BIL's motion to dismiss is based on this notice of motion and motion, the Memorandum of Law that follows, the accompanying Declaration of Franco Malenotti, any reply papers that may be filed, the arguments of counsel (in the event of a hearing)

P&H - 551315.4 :14811/100

and the Court's file in this action.

BIL, through its undersigned counsel, has used its best efforts to resolve informally the matters raised in this motion. BIL's efforts include the sending to counsel of record for plaintiffs a letter outlining BIL's legal and factual positions on the issues raised herein and at least one telephonic discussion of such issues. BIL now submits this motion because plaintiffs have not voluntarily withdrawn their action with prejudice against BIL in spite of the latter's best efforts.

Dated:  New York, New York
        May 15, 2008                    By: /s/ Jonathan A. Selva
                                              Adam D. Mitzner (AM-8325)
                                              Jonathan A. Selva (JS-2006)

                                              Pavia & Harcourt LLP
                                              600 Madison Avenue
                                              New York, NY 10022
                                              Tel: (212) 980-3500
                                              Fax: (212) 980-9515
                                              amitzner@pavialaw.com
                                              jselva@pavialaw.com

                                              Attorneys for Defendant
                                              BELSTAFF INTERNATIONAL LTD.

P&H - 551315.4 :14811/100

**CERTIFICATE OF SERVICE**

I, Jonathan A. Selva, hereby certify that on May 15, 2008, I electronically filed the foregoing: *Rule 7.1 Statement of Clothing Company S.p.A.*; *Answer of Clothing Company S.p.A.*; *Rule 7.1. Statement of Belstaff International, Ltd.*; *Notice of Motion and Motion of Belstaff International, Ltd. to Dismiss for Lack of Personal Jurisdiction (FRCP 12(b)(2))*; *Declaration of Franco Malenotti in Support of Belstaff International, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction (FRCP 12(b)(2))*; and, *Belstaff International, Ltd.'s Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction* with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

Robert L. Raskopf, Esq.
Quinn Emmanel Urquhart Oliver & Hedges, LLP
51 Madison Avenue 22nd Floor
New York, New York 10010
robertraskopf@quinnemanuel.com

Todd Anten, Esq.
Quinn Emmanel Urquhart Oliver & Hedges, LLP
51 Madison Avenue 22nd Floor
New York, New York 10010
toddanten@quinnemanuel.com

Dated:   New York, New York
         May 15, 2008

/s/ Jonathan A. Selva
Jonathan A. Selva (JS-2006)

PAVIA & HARCOURT LLP
600 Madison Avenue, 12th Floor
New York, New York 10022
Tel: (212) 980-3500
Fax: (212) 980-9515
amitzner@pavialaw.com
jselva@pavialaw.com

Attorneys for
CLOTHING COMPANY S.P.A.
BELSTAFF USA CORP. and
BELSTAFF INTERNATIONAL LTD.