USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
K:
JUN 3 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHADWICK MCQUEEN and THE TERRY
MCQUEEN TESTAMENTARY TRUST,

ECF Case

Case No.: 1:08-cv-3019(LTS)(RLE)

Plaintiffs,

**STIPULATION AND ORDER**

vs.

CLOTHING COMPANY S.P.A., BELSTAFF USA
CORP., and BELSTAFF INTERNATIONAL LTD.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, Defendant Belstaff International Ltd. filed a Motion to Dismiss for Lack of Personal Jurisdiction ("Motion") on May 15, 2008;

WHEREAS, Plaintiffs Chadwick McQueen and The Terry McQueen Testamentary Trust ("Plaintiffs") and Defendants Clothing Company S.p.A., Belstaff USA Corp., and Belstaff International Ltd. ("Defendants") stipulated and agreed, and the Court so-ordered, that Plaintiffs' time to file their opposition to the Motion would be extended to July 2, 2008; and

WHEREAS, Plaintiffs and Defendants are very close to settling this Action and seek to avoid unnecessary use of this Court's time and resources;

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, through their attorneys Quinn Emanuel Urquhart Oliver & Hedges, LLP, and Defendants, through their attorneys Pavia & Harcourt LLP, and subject to approval by the Court, that Plaintiffs' time to file their opposition to the Motion shall be extended to **August 4, 2008**.

This is the second request for an extension related to the Motion.

DATED: June 26, 2008

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP

By: _____
Robert L. Raskopf (RR-5022)
Todd Anten (TA-9989)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
toddanten@quinnemanuel.com
robertraskopf@quinnemanuel.com

ATTORNEYS FOR PLAINTIFFS
CHADWICK MCQUEEN AND THE
TERRY MCQUEEN TESTAMENTARY
TRUST

PAVIA & HARCOURT LLP

By: _____
Adam D. Mitzner (AD-8325)
Jonathan A. Selva (JS-2006)
600 Madison Avenue
New York, New York 10022
Tel: (212) 980-3500
Fax: (212) 980-9515
amitzner@pavialaw.com
jselva@pavialaw.com

ATTORNEYS FOR DEFENDANTS
CLOTHING COMPANY S.P.A.,
BELSTAFF USA CORP., AND
BELSTAFF INTERNATIONAL LTD.

New York, New York

_____6/30_____, 2008

SO ORDERED:

_____
Hon. Laura T. Swain
United States District Judge