UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHADWICK MCQUEEN and THE TERRY
MCQUEEN TESTAMENTARY TRUST,

                             Plaintiffs,

                vs.

CLOTHING COMPANY S.P.A., BELSTAFF USA
CORP., and BELSTAFF INTERNATIONAL LTD.,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF Case**

Case No.: 1:08-cv-3019(LTS)(RLE)

**STIPULATION AND ORDER**

WHEREAS, Defendant Belstaff International Ltd. filed a Motion to Dismiss for Lack of

Personal Jurisdiction ("Motion") on May 15, 2008;

WHEREAS, Plaintiffs Chadwick McQueen and The Terry McQueen Testamentary Trust

("Plaintiffs") and Defendants Clothing Company S.p.A., Belstaff USA Corp., and Belstaff

International Ltd. ("Defendants") stipulated and agreed, and the Court so-ordered, that Plaintiffs'

time to file their opposition to the Motion would be extended to July 2, 2008; and

WHEREAS, Plaintiffs and Defendants stipulated and agreed, and the Court so-ordered,

that Plaintiffs' time to file their opposition to the Motion would be extended to August 4, 2008;

WHEREAS, Plaintiffs and Defendants are in the final stages of concluding a settlement

agreement and expect the action to be fully settled within a matter of days;

61179/2589872.1

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, through their

attorneys Quinn Emanuel Urquhart Oliver & Hedges, LLP, and Defendants, through their

attorneys Pavia & Harcourt LLP, and subject to approval by the Court, that Plaintiffs' time to file

their opposition to the Motion shall be extended to **September 1, 2008**.

This is the third request for an extension related to the Motion.

DATED: August 1, 2008

QUINN EMANUEL URQUHART OLIVER        PAVIA & HARCOURT LLP
 & HEDGES, LLP

By: _____ /TA        By: _____ /TA
    Robert L. Raskopf (RR-5022)                Adam D. Mitzner (AD-8325)
    Todd Anten (TA-9989)                       Jonathan A. Selva (JS-2006)
    51 Madison Avenue, 22nd Floor              600 Madison Avenue
    New York, New York 10010                   New York, New York 10022
    Tel: (212) 849-7000                        Tel: (212) 980-3500
    Fax: (212) 849-7100                        Fax: (212) 980-9515
    robertraskopf@quinnemanuel.com             amitzner@pavialaw.com
    toddanten@quinnemanuel.com                 jselva@pavialaw.com

ATTORNEYS FOR PLAINTIFFS                 ATTORNEYS FOR DEFENDANTS
CHADWICK MCQUEEN AND THE                 CLOTHING COMPANY S.P.A.,
TERRY MCQUEEN TESTAMENTARY               BELSTAFF USA CORP., AND
TRUST                                    BELSTAFF INTERNATIONAL LTD.

New York, New York

August 11, 2008                          SO ORDERED:

                                         _____
                                         Hon. Laura T. Swain
                                         United States District Judge