**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

**MEMO ENDORSED**

WRITER'S DIRECT DIAL NO.
(212) 849-7185

WRITER'S INTERNET ADDRESS
robertraskopf@quinnemanuel.com

August 6, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: AUG 1 2 2008

**VIA HAND DELIVERY**

Judge Laura Taylor Swain
United States District Court
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

Re:   *Chadwick McQueen, et al. v. Clothing Company S.p.A., et al.*, Case No. 08 Civ. 3019
      Joint Request for Extension of Deadlines

Dear Judge Swain:

This firm represents Plaintiffs Chadwick McQueen and The Terry McQueen Testamentary Trust ("Plaintiffs") in Chadwick McQueen, et al. v. Clothing Company S.p.A., et al., No. 08 Civ. 3019 (LTS)(RLE) (the "Action").

We write to inform the Court that Plaintiffs and Defendants Clothing Company S.p.A., Belstaff USA Corp., and Belstaff International Ltd. ("Defendants") are in the final stages of obtaining signatures for a settlement agreement between the Parties. Three of the four necessary signatures have already been obtained. We have been notified that the fourth signatory has signed the agreement, and a hard copy of that signature is currently being sent to the Parties.

However, Plaintiffs and Defendants are also aware that certain deadlines are approaching regarding a scheduled pre-trial conference (scheduled for August 15, 2008), as well as the filing of a Preliminary Pre-Trial Statement (to be filed by August 8, 2008).

Counsel for Plaintiffs and Defendants have conferred about these upcoming deadlines, and fully expect that there will be no need to inconvenience the Court with this filing and hearing, as settlement is all but imminent in a matter of days. However, because a hard copy of the final

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

61179/2593654.1

signature has not yet been received, the Parties have agreed that the deadlines referenced above should be tolled to mid-September.

Plaintiffs therefore respectfully request that the Court reschedule the August 15 pre-trial conference to take place at a date no earlier than **Monday, September 22, 2008**. This is the second such request made to this Court.

Defendants' counsel has read this letter and has confirmed its approval of these requested extensions. We appreciate the Court's attention to this matter.

Respectfully submitted,

*[signature]* /TA

Robert L. Raskopf

*The conference is adjourned to September 22, 2008 at 4:00 pm.*

SO ORDERED.

*[signature] 8/11/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

61179/2593654.1                                         2