**ORIGINAL**

## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100



**MEMO ENDORSED**

WRITER'S DIRECT DIAL NO.
**(212) 849-7185**

WRITER'S INTERNET ADDRESS
**robertraskopf@quinnemanuel.com**

August 27, 2008

### VIA HAND DELIVERY

Judge Laura Taylor Swain
United States District Court
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007



Re:  *Chadwick McQueen, et al. v. Clothing Company S.p.A., et al.*, Case No. 08 Civ. 3019
     Joint Request for Extension of Deadlines

Dear Judge Swain:

This firm represents Plaintiffs Chadwick McQueen and The Terry McQueen Testamentary Trust ("Plaintiffs") in Chadwick McQueen, et al. v. Clothing Company S.p.A., et al., No. 08 Civ. 3019 (LTS)(RLE) (the "Action").

We write to inform the Court that Plaintiffs and Defendants Clothing Company S.p.A., Belstaff USA Corp., and Belstaff International Ltd. ("Defendants") have agreed on a settlement agreement, which has been signed by all of the necessary signatories. The Parties plan to file a joint stipulation for dismissal of the action with the Court in the very near future.

The Parties are aware that certain deadlines are approaching regarding a scheduled pre-trial conference (scheduled for September 22, 2008), as well as the filing of a Preliminary Pre-Trial Statement (to be filed by September 15, 2008). In addition, Plaintiffs' deadline to oppose Belstaff International Ltd.'s motion to dismiss is September 1, 2008.

Counsel for Plaintiffs and Defendants have conferred about these upcoming deadlines and fully expect that there will be no need to inconvenience the Court with these matters. However, the Parties have agreed that the deadlines referenced above should be tolled to mid-October.

**quinn emanuel urquhart oliver & hedges, llp**

61179/2612427.1  LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712

The Parties therefore respectfully request that the Court reschedule the September pre-trial conference to take place at a date no earlier than **Monday, October 31, 2008**. This is the fourth such request made to this Court. In addition, the Parties respectfully request that the Court extend Plaintiffs' deadline to oppose Belstaff International Ltd.'s motion to dismiss to **Monday, October 31, 2008**.

Defendants' counsel has read this letter and has confirmed its approval of its contents and these requested extensions. We appreciate the Court's attention to this matter.

Respectfully submitted,

Robert L. Raskopf

cc:    Adam Mitzner, Esq.

*The foregoing requests are granted. The conference is adjourned to Friday October 31, 2008, at 10:15 AM.*

**SO ORDERED.**

NEW YORK, NY

LAURA TAYLOR SWAIN
Sept 2, 2008 UNITED STATES DISTRICT JUDGE